# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DONNELL ROBINSON,
ADC #136685                                                                 PLAINTIFF

V.                    CASE NO. 4:20-CV-1187-LPR-BD

DEXTER PAYNE, *et al*.                                                     DEFENDANTS

## CONSOLIDATED ORDER

Magistrate Judge Beth Deere has filed three Partial Recommended Dispositions. I will address two of them in this Order. The third one I am still considering and will address in a future Order.

First, there is the Recommended Disposition (Doc. 34) that recommends granting in part Defendants' motion to dismiss (Doc. 27). Mr. Robinson filed a timely objection (Doc. 37). After a careful and *de novo* review of the Recommended Disposition, the objection, and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as the Court's findings in all respects. The motion to dismiss (Doc. 27) is granted in part. All claims against ADC are dismissed with prejudice. The official-capacity-money-damage claims against Defendants Byers, Gibson, Kelley, Payne, and Shipman are dismissed with prejudice. But the official-capacity-injunctive-relief claims against Defendants Byers, Gibson, Kelley, Payne, and Shipman are not dismissed.

Second, there is the Recommended Disposition (Doc. 44) that recommends dismissal without prejudice of the Doe Defendants. Mr. Robinson filed a timely objection (Doc. 47). After a careful and *de novo* review of the Recommended Disposition, the objection, and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as the Court's findings in all respects. The Doe Defendants are dismissed without

prejudice because they were not timely served with summonses and copies of the complaint.

IT IS SO ORDERED, this 28th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE