IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNELL ROBINSON,**
**ADC # 136685**                                                                                          **PLAINTIFF**

v.                          CASE NO. 4:20-CV-1187-LPR-ERE

**DEXTER PAYNE,** *et al.*                                                                        **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere.[1]  Judge Deere recommends dismissing all claims against Defendant Horan.  Mr. Robinson has filed an Objection.  After carefully considering the Recommendation and Objection and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[2]

Defendant Horan's motion for summary judgment (Doc. 38) is GRANTED.  All claims against Defendant Horan are dismissed without prejudice.[3]  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.

---

[1] Magistrate Judge Beth Deere filed the Partial Recommended Disposition on May 25, 2021.  Judge Deere has since retired, and the Clerk's office reassigned this case to Magistrate Judge Edie R. Ervin.

[2] As to grievances VU-17-785, VU-17-786, VU-18-475, VU-18-428, VU-19-69, and MS-20-876, even if Mr. Robinson was prevented from exhausting, these grievances do not mention Defendant Horan.  As to grievance MX-20-1132, the Court agrees with Judge Deere's conclusion.  Mr. Robinson's objection on this point is not responsive because it concerns the timeliness of his grievance appeal while Judge Deere's conclusion concerns the timeliness of the original grievance (informal resolution request).  Finally, footnote 1 of the Recommendation references grievance "VU-19-475."  This appears to be a typo and should be "VU-18-475."

[3] The Court notes that Defendant Horan filed a motion for summary judgment.  Ordinarily, a grant of summary judgment results in a judgment (not a dismissal) in favor of the moving party.  Nevertheless, because Defendant Horan asked for dismissal without prejudice, the Court accepts that disposition.

IT IS SO ORDERED this 28th day of July 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE