IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNELL ROBINSON**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #136685**

V.　　　　　　　　　　　　　NO. 4:20-cv-01187-LPR-ERE

**DEXTER PAYNE,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Robinson. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The ADC Defendants' motion for summary judgment (Doc. 60) is GRANTED. The live claims against Defendants Dexter Payne, Wendy Kelley, Jarden Byers, James Gibson, and James Shipman are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE