IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNELL ROBINSON**  **PLAINTIFF**
**ADC #136685**

V.                    NO. 4:20-cv-01187-LPR-ERE

**DEXTER PAYNE,** *et al.*                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date and prior orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED all of Mr. Robinson's claims are DISMISSED. All claims against the ADC and the official-capacity money damages claims against the ADC Defendants are DISMISSED with prejudice. All other claims in this case are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the underlying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 2nd day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE